| | | |
|---|---|---|
| People v Fenelon | 2d Dept: 148 AD3d 1051 (Nassau) | denied 6/8/17 (Garcia, J.) |
| People v Fernandez | 2d Dept: 148 AD3d 1052 (Suffolk) | denied 6/7/17 (Fahey, J.) |
| People v Fews | 2d Dept: 148 AD3d 1180 (Kings) | denied 6/19/17 (Stein, J.) |
| People v Fields | 2d Dept: 148 AD3d 1182 (Kings) | denied 6/20/17 (Rivera, J.) |
| People v Flagg | 1st Dept: 149 AD3d 513 (NY) | denied 6/13/17 (Fahey, J.) |
| People v Fogel | App Div, 2d Dept: 2017 NY Slip Op 64282(U) (Queens) | dismissed 6/13/17 (Fahey, J.) |
| People v Ford | 4th Dept: 148 AD3d 1656 (Monroe) | denied 6/19/17 (DiFiore, Ch. J.) |
| People v Francis | 1st Dept: 148 AD3d 487 (Bronx) | denied 6/26/17 (Stein, J.) |
| People v Frankie | 4th Dept: 148 AD3d 1723 (Erie) | denied 6/20/17 (Garcia, J.) |
| People v Freeman | 1st Dept: 149 AD3d 555 (NY) | denied 6/12/17 (Garcia, J.) |
| People v Fuentes | 2d Dept: 148 AD3d 824 (Kings) | denied 6/9/17 (Wilson, J.) |
| People v Fusco | 2d Dept: 149 AD3d 776 (Nassau) | denied 6/23/17 (Rivera, J.) |
| People v Gabbidon | App Div, 2d Dept: 2017 NY Slip Op 70125(U) (Dutchess) | dismissed 6/14/17 (DiFiore, Ch. J.) |
| People v Gagnier | 3d Dept: 146 AD3d 1019 (Clinton) | denied 6/6/17 (Rivera, J.) |
| People v Galarzparedes | App Term, 1st Dept: 54 Misc 3d 146(A) (NY) | denied 6/8/17 (Garcia, J.) |
| People v Gallo | App Div, 3d Dept: 2017 NY Slip Op 60331(U) (Schenectady) | denied 6/23/17 (Fahey, J.) |
| People v Garcia | 4th Dept: 144 AD3d 1616 (Ontario) | denied reconsideration 6/28/17 (Rivera, J.) |
| People v Gaston | 1st Dept: 146 AD3d 412 (NY) | denied reconsideration 6/23/17 (Fahey, J.) |
| People v Gerado | App Term, 1st Dept: 55 Misc 3d 127(A) (NY) | denied 6/8/17 (DiFiore, Ch. J.) |
| People v Gibson | 2d Dept: 147 AD3d 779 (Nassau) | denied 6/6/17 (Rivera, J.) |
| People v Giler | 2d Dept: 148 AD3d 1053 (Queens) | denied 6/30/17 (Rivera, J.) |
| People v Goding | 1st Dept: 146 AD3d 642 (NY) | denied 6/8/17 (Wilson, J.) |
| People v Golden | 2d Dept: 147 AD3d 780 (Queens) | denied 6/13/17 (Wilson, J.) |
| People v Gonzales | 4th Dept: 145 AD3d 1432 (Onondaga) | denied 6/8/17 (Wilson, J.) |